

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**DIVISION**
**CASE NO.:**

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

    **CIV-MORENO**

LESLIE JONES

        Defendant.

_____/

    **MAGISTRATE JUDGE**
    **DUBÉ**

**COMPLAINT**

The United States of America, acting herein by THOMAS E. SCOTT, United States Attorney for the Southern District of Florida, alleges as follows:

1. This action is brought by the United States of America, with jurisdiction provided by 28 U.S.C. § 1345.

2. The defendant is a resident of the Southern District of Florida.

3. The defendant is indebted to the plaintiff in the principal amount of $2625.00, plus interest on this principal amount computed at the rate of 8.00% percent per annum in the amount of $525.41 as of January 5, 2000, plus interest thereafter on this principal until the date of judgment, plus administrative fees, costs, and penalties in the amount of $.00. See Exhibit A attached hereto and incorporated herein.

4. Demand has been made upon the defendant by plaintiff for the sum due, but the amount due remains unpaid.

WHEREFORE, plaintiff prays judgment against the defendant for the total of $3150.41, plus interest at 8.00%percent per annum on the principal amount of $2625.00, to the date of judgment, plus costs. Plaintiff further demands, pursuant to 28 U.S.C. § 1961, that interest on the judgment be at the legal rate until paid in full.

Notice is hereby given to the defendant that the plaintiff intends to seek satisfaction of any judgment rendered in its favor in this action from any debt accruing.

Dated at Miami, Florida on this 26 day of   January , 2000.

Respectfully submitted,

THOMAS E. SCOTT
United States Attorney

By: _____
Mary F Dooley
Assistant U.S. Attorney
Florida Bar No. [#]A5500282
99 N.E. 4th Street,
Suite 300
Miami, FL 33132
Tel No. 305-961-9311
Fax No. 305-530-7195

# U. S. DEPARTMENT OF EDUCATION
## SAN FRANCISCO, CALIFORNIA

## CERTIFICATE OF INDEBTEDNESS

Leslie Jones
Leslie Renee Jones
2619 Wiley St
Hollywood, FL   33020

SSN: 593 22 7210

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 01-21-99.

On or about 08-27-90, the borrower executed promissory note(s) to secure loan(s) of $2,625.00 from Merchants National Bank of Topeka - c/o Loan Processing Center - Lincoln, NE at 8% percent interest per annum. This loan obligation was guaranteed by Nebraska Student Loan Program and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 CFR. Part 682). The holder demanded payment according to the terms of the note(s), and credited $0.00 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 11-24-91, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $2,774.48 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on 01-22-98, assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $0.00 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $2,625.00 |
| Interest: | $3,377.77 |
| Administrative/Collection Costs: | $   0.00 |
| Late fees: | $   0.00 |
| Total debt as of 01-21-99: | $6,002.77 |

Interest accrues on the principal shown here at the rate of $0.58 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: _1/13/99_

Name: _____
Title:   Loan Analyst
Branch:   Litigation Branch


GOVERNMENT EXHIBIT
A

**91319-01** 2582 258 **RECEIVED**   GSL

**NSLP Application/Promissory Note**

**WARNING:** ANY PERSON WHO KNOWINGLY MAKES A FALSE STATEMENT OR MISREPRESENTATION ON THIS FORM IS SUBJECT TO PENALTIES WHICH INCLUDE FINES OR IMPRISONMENT UNDER THE UNITED STATES CRIMINAL CODE AND 20 U.S.C. 1097.

SEP 19 1990

**SECTION I – TO BE COMPLETED BY STUDENT BORROWER**    Type or print clearly with a ballpoint pen. Read the instructions carefully.

| 1. Social Security Number | 2. Last Name | First | M.I. | 3. Birth Date (Mo./Day/Yr.) |
|---|---|---|---|---|
| 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 | Jones | Leslie | | 8/28/70 |

| 4. Home Area Code/Telephone Number | 5. Permanent Home Address    Street | City | State | ZIP Code + 4 |
|---|---|---|---|---|
| (305) 921-8577 | 2401 Wiley Ct | Hollywood | Fl | 330 |

6. U.S. Citizenship Status
- [X] (a) U.S. Citizen, National or related status
- [ ] (b) Eligible Noncitizen (See instructions)
- [ ] (c) Neither a nor b (See instructions)

Alien Registration #

7. Driver's License Number    State

8. State of Legal Residence
State Fl    Since 70

9. Have you ever defaulted on an educ loan? [ ] No [ ] Yes
If yes, give details on a separate paper, including what arrangement been made, if any, to repay the debt.

10. Requested Loan Amount  $2625.00

11. Intended Enrollment (See instructions.)
- [X] Full-time
- [ ] At least half-time
- [ ] Less than half-time

12. Prior to the school year for which this loan is intended, have you ever been enrolled in any school beyond the high school level?
[ ] Yes [X] No

13. What period do you want this loan to cover?
From (Mo./Yr.) 9/90    To (Mo./Yr.) 5/

DOUBLE SIDED

| 14. While in School, You Intend To Live ("X" One) | [ ] With Parents | [ ] On Campus | [X] Off Campus | 15. Major MA |
|---|---|---|---|---|
| Address S/A | | | Phone ( )    S/A | Use Code on page 5 of instructions. |

16. Do you have any outstanding GSL, FISL, PLUS, SLS, ALAS debts? [ ] Yes [X] No If yes, list below. (See instructions.) If no, write none and go to 17. Attach a separate sheet if more space is needed

| Name of Lender | City & State of Lender | Unpaid Balance & Interest Rate | Loan Period Begin | End | Loan Type GSL, FISL, PLUS etc. | Student Grade Lev |
|---|---|---|---|---|---|---|
| | | $ | | | | |
| | | $ | | | | |
| | | $ | | | | |

17. (a) Endorser (if any) Parent or Guardian (Circle one)

Name Donald Jones
Address 2619 Wiley St.
City, State, ZIP Hollywood, Fl 33020
Phone-H (305) 920-8677 W. (305) 920-6000

(b) Adult Relative, Friend or Separated Parent (Circle one)

Name Donovan Laing
Address 1035 N.W. 130th St.
City, State, ZIP Miami Fl 33161
Phone-H (305) 769-0345 W. (305) 882-4850

(c) Other Adult Relative or Friend (Circle one)

Name Teretha Spann
Address 908 N. W. 10th St
City, State, ZIP Hallandale, Fl 330
Phone-H (305) 456-7910 W. 305 925-11

**PROMISSORY NOTE FOR A NSLP GUARANTEED STUDENT LOAN**

I (any endorser) PROMISE TO PAY to you or your order when this Note becomes due as set forth in Paragraph B, a sum certain equal to the loan amount I have requested in Section I, Item 10 of the application for a GSL Loan above, which ... incorporated by reference into this Promissory Note to the extent that it is advanced to me, plus interest as set forth in Paragraph C and any other charges which may become due as set forth in Paragraph F. All payments will be made ... address as indicated on my Disclosure Statement, or to any other address of which you notify me.

I (any endorser) by accepting the proceeds of this loan I am agreeing to repay the sum advanced to me including guarantee and origination fees under the terms and conditions of this Promissory Note and Disclosure Statement. I further understand ... if the sum in the Disclosure Statement is less than the sum stated in this note that I am obligated to repay the sum stated in the Disclosure Statement.

I UNDERSTAND THAT THIS IS A PROMISSORY NOTE. I WILL NOT SIGN IT BEFORE I READ IT, INCLUDING THE WRITING ON THE REVERSE SIDE, EVEN IF OTHERWISE ADVISED. I AM ENTITLED TO KEEP AN EXACT COPY OF THIS APPLICATION AND ... SSORY NOTE. I AM ALSO ENTITLED TO KEEP AN EXACT COPY OF THE DISCLOSURE STATEMENT TO BE ISSUED TO ME BEFORE I ACCEPT MY LOAN CHECK. BY SIGNING THIS NOTE, I ACKNOWLEDGE THAT I HAVE KEPT AN EXACT COPY ... APPLICATION/PROMISSORY NOTE COMPLETED THROUGH SECTION I. BY SIGNING THIS NOTE, I CERTIFY THAT I HAVE READ, UNDERSTAND, AND AGREED TO BOTH THE BORROWER CERTIFICATION ON ITS REVERSE SIDE AND TH ... FIED TO OTHER RIGHTS AND RESPONSIBILITIES ON PAGE 6. (PROMISSORY NOTE CONTINUES ON REVERSE SIDE.)

| 18a. Signature of Borrower    Donald Jones    Date 8/22/90 | 18b. Signature of Endorser (if any)    Date |
|---|---|

**SECTION II – TO BE COMPLETED BY SCHOOL**

| 19. Name of School | 20. For School Use | 21. School Code | Branch I.D. |
|---|---|---|---|
| MIAMI TECHNICAL COLLEGE | | 091547 | |

| 22. Address    Street | City | State | ZIP Code + 4 | 23. Area Code/Telephone Number |
|---|---|---|---|---|
| 14701 N.W. 7 AVENUE    NORTH MIAMI, FL 33168 | | | | (305) 772-5883 |

| 24A. Loan Period (Mo./Day/Yr.) From: 9/4/90 To: 4/18/91 | 24B. Borrower Enrollment [X] Full-time [ ] At least half-time [ ] Less than half-time | 25. Borrower Grade Level Correspondence 0 [ ] Undergraduate [X] 2 [ ] 3 [ ] 4 [ ] 5 [ ] Graduate/Professional 6 [ ] 7 [ ] 8 [ ] 9 [ ] | 26. Dependency Status [ ] Dependent [X] Independent | 27. Anticipated Graduation Date (Mo./Day/Yr.) 4/18/91 |
|---|---|---|---|---|

| 28. Estimated Cost of Education for Loan Period $ 11943 | 29. Estimated Financial Aid for Loan Period $ 3300 | 30. Expected Family Contribution for Loan Period $ 1316 | 31. Difference (Item 28 minus items 29 and 30) $ 9507 | 32. Amount School Approves $ 2625 |
|---|---|---|---|---|

33. My signature certifies that I have read and agreed to the School Certification on the reverse side.

Signature of School Official    Nancy McCallum    Date 9/17/90

Print Name & Title    NANCY McCALLUM    VICE PRESIDENT OF OPERATIONS

34. Suggested Disbursement Dates (Mo./Day/Yr.)
1. 17 90
2. 4 91
3.

**SECTION III – TO BE COMPLETED BY LENDER**

| 35. Name of Lender | 36. For Lender Use |
|---|---|
| Merchants National Bank of Topeka C/O Loan Processing Center | MERB |

| 38. Address    P. O. Box 6961 | City Lincoln | State NE | ZIP Code + 4 68506 | 39. Area Code/Telephone Number (913) 291-1213 |
|---|---|---|---|---|

37. Scheduled Disbursement Amounts and Dates (Mo./Day/Yr.)
1. $
2. $
3. $
Total $

| 40. Signature of Authorized Lending Official | 41. Lender Code 804725 |
|---|---|

45. List current ...

**Promissory Note (continued from Application/Promissory Note)**

B. **Date Note Becomes Due:** I will repay this loan in periodic installments during a repayment period that will begin no later than the day after the last day of my grace period. My grace period is that period of time which begins when I cease to be enrolled as at least a half-time student at a school that participates in the Guaranteed Student Loan Program. During my grace period, however, I may request that my repayment period begin on an earlier date.

C. **Interest:** (1) I agree to pay an amount equivalent to simple interest (as specified in (4)) on the unpaid principal balance from the date of disbursement until the entire principal sum and accrued interest are paid in full. (2) However, the U.S. Secretary of Education ("Secretary") will pay the interest that accrues on this loan prior to repayment status and during any deferment, if it is determined that I qualify to have such payments made on my behalf under the regulations governing the Guaranteed Student Loan Program ("GSLP"). In the event that the interest on this loan is payable by the Secretary, neither the lender nor other holder of this Note may attempt to collect this interest from me. However, choose to pay this interest myself. (3) Once the repayment status begins I will be responsible for payment of all interest that accrues on this loan prior to the repayment period was payable by the Secretary, the Secretary will pay the interest that accrues on this loan during the period. ... Promissory Note (4) The interest rate will be determined according to the following: (a) if I have an outstanding Guaranteed Student Loan... will be the same as the applicable interest rate on the outstanding GSL(s); (b) if I am borrowing for a period ... have no outstanding GSL(s) applicable interest rate on this loan will be 8%; (c) if I am borrowing for a period of enrollment which begins ... no outstanding balance on any PLUS, Supplemental Loans for Students ("SLS") made for enrollment periods beginning ... Consolidation loan(s) which rate ... loans made for enrollment period(s) beginning before that date, the applicable interest rate on this loan will be 8%. (d) if I am borrowing for a period of enrollment ... have no outstanding balance on any GSL, PLUS, or SLS made for enrollment period(s) beginning before that date ... beginning before that date, the applicable interest rate on this loan will be 8% until the end of the fourth year ... Disclosure Statement. (5) The applicable interest rate (a) until the end of the fourth year of my repayment status, and ... Disclosure Statement. (6) I may also receive rebates of interest, if required by the Higher Education Act of 19... unpaid principal balance (capitalization). (7) In ... holder of this note may add accrued unpaid interest to the unpaid principal balance (capitalization).

D. **The Guarantee Fee:** If required to do so by the lender, I ... premium that the lender is required to pay to the guarantee agency to obtain insurance coverage on this loan. The lender will deduct this ... percent of principal on this loan

**The Origination Fee:** If required to do so by the lender I ... authorized by Federal law. The lender may deduct this fee from the proceeds of the loan.

E. **Default and Acceleration:** Default means the failure ... Secretary and the NSLP finds it reasonable to conclu... including interest, immediately due and payable; (2) I ... ineligible to receive assistance from any of the follow... Perkins Loan (formerly called National Direct Student ... benefits described under Deferment and Interest in th

F. **Collection Costs-Late Charges:** If I fail to pay any of the ... and regulations for the collection of these amounts. If ... which do not exceed 25 percent of the unpaid principal ... installment payment within 10 days after it is due or ... Promissory Note. A late charge may not exceed 6 cent

G. **Prepayment:** I may, at my option and without penalty, p... paid.

H. **Additional Agreements:** (1) The proceeds of this loan w... to me, including my Disclosure Statement, will be effec... insist that I comply with any terms of this Note is not a w... to repay my loan(s) because I have defaulted, NSLP will... loan will be cancelled if I die or become totally and perm... any, signs the Promissory Note in the capacity of an end... nonpayment, protest, and notice of protest, and acknowl... with Section I of this Promissory Note or modification of

I. **Deferment:** You will let me pay any interest only, if such inter... in default, and I can provide you with written evidence tha... condition entitling me to the deferment no longer exists,

J. **Repayment in installments:** I will repay the total amount ... outstanding principal balance plus any unpaid interest I ow... Disclosure which shows the repayment terms that will be... include all loans I have received from you under the Nebras... more than 10 years after this Note becomes due, not count... shorter than 5 years. However, I may at any time later have... repayment period for all my GSL, PLUS and SLS (former... balance of all such loans plus accrued interest, if less than

K. **Credit Bureau Notification:** If I default on this loan, the ... ability to obtain other credit. If I default on this loan, the ... bureau organizations unless I enter into repayment on the l... bureau organization and must make a timely response to r... about me. If not otherwise prohibited by law, the lender ma

L. **Borrower Rights and Responsibilities:** Before signing this

M. **Transfer of Note:** This Note may be transferred to a holder ot... of any such transfer in writing.

---

## ASSIGNMENT OF PROMISSORY NOTE

### AFFIX TO BACK OF PROMISSORY NOTE

Pay to the order of NSLP, Nebraska Student Loan Program, Inc., without recourse, provided, however, notwithstanding this endorsement without re- course, the undersigned hereby expressly:

1. Warrants that:
   a) no defense of any party against the undersigned; and
   b) the undersigned is in compliance with the terms of that certain Lender Agreement for Guarantee of Student loans with Federal Reinsurance ("Lender Agreement") between it and NSLP, in accordance with which payment of the indebtedness evidenced by this instrument was guaranteed by NSLP.
   c) warrants that to the extent it has knowledge of any insolvency pro- ceeding it has disclosed the same to NSLP.

2. Acknowledges that:
   a) upon payment in full by NSLP of the claim submitted by the under- signed pursuant to the aforesaid Lender Agreement, NSLP will have discharged all of its obligations to the undersigned arising out of said Lender Agreement; and
   b) notwithstanding payment by NSLP of the undersigned's claim and acceptance by NSLP of transfer of this instrument in consideration thereof, NSLP has not waived any rights that it may have against the undersigned pursuant to the terms of the aforesaid Lender Agreement.

SIGNATURE  *[signature]*     DATE  5-26-92

TITLE  CLAIMS PROCESSOR

NAME  *Karin R. Brown*

... that are permitted by Federal law ... Act. I will pay those collection costs ... I fail to pay all or part of a required ... described under Deferment in this

... of any unearned interest that I have

... (2) Any notice required to be given ... Borser. (3) Your failure to enforce or ... SLP is required under its guarantee ... enforce this Note against me. (5) My ... der of this Note. (7) The endorser, if ... presentment for payment, notice of ... nding any deferment in accordance

... yment period has begun if I am not ... I must notify my lender when the

... igraph E, in which case the entire ... B, you will send me a Repayment ... The Repayment Disclosure may ... for a period of not less than 5 nor ... gree to a repayment period that is ... tal payments for any year of the ... GSL, PLUS or SLS Loan (or the

... cantly and adversely affect my ... efault will be disclosed to credit ... status of this loan to any credit ... teness of information reported

... g of this booklet. ... et forth herein, I will be notified

---

**Borrower Certification**

I declare under penalty of perjury under the laws of the United States of America that the following is true and correct. I, the borrower, certify that the information contained in Section I of this application is true, complete and correct to the best of my knowledge and belief and is made in good faith. I hereby authorize the school to pay to the lender any refund which may be due to me up to the amount of this loan. I further authorize any school that I may attend to release to the lending institution(s), subsequent holder(s), U.S. Department of Education, NSLP, or their agents, and to redisclose to other educational institutions for any purpose permitted by law, any information requested by such persons pertinent to this loan (e.g., enrollment status, and other aspects of my student loan borrowing history). I certify that the proceeds of any loan made as a result of this application will be used for educational expenses for the loan period covered by this application at the school named in Section II. I understand that I must immediately repay any funds that I receive which cannot reasonably be attributed to meeting my educational expenses related to attendance at that school for the loan period stated in Item 24A. I certify that the total amount of loans received under the Guaranteed Student Loan Program, Title IV, Part I (P.L. 89-329) as amended, will not exceed the allowable maximums. I further certify that I do not now owe a refund on a Pell Grant, Basic Grant, Supplemental Educational Opportunity Grant, or State Student Incentive Grant that I received to attend any school and am not now in default on a Perkins Loan (formerly National Direct or Defense Student Loan), Guaranteed Student Loan Federally Insured Student Loan, PLUS Loan, SLS Loan, or an ALAS Loan for attendance at any school. I further authorize my lending institution to issue a check covering the proceeds of my loan in full, or in part, made payable to me, or at the lender's option, jointly payable to me and the school, and sent to the school named in Section II. I have read and understand the "Statement of Borrower's Rights and Responsibilities" supplied with this application. I also certify that I am not enrolled in an elementary or secondary school during the loan period covered by this application. I understand that I will receive a Disclosure Statement that identifies my loan amount (as determined by the lender), the fee amounts, due dates, grace period, late charges, and other information pertinent to my loan(s). I understand and agree that if the information on the Disclosure Statement conflicts with the information on the Application/Promissory Note, the information on the Disclosure Statement applies.

**School Certification**

I hereby certify that the student named in Section I is accepted for enrollment, or is enrolled as at least a half-time student, is in good standing and is making satisfactory progress in a program determined to be eligible for the Guaranteed Student Loan Program. I further certify that (for periods of enrollment beginning on or after July 1, 1987) that this student is enrolled or accepted I enrollment in a degree or certificate program. Based on records available to me, I further certify that this student is neither in default nor owes a refund with respect to financial assistance under ... Act of 1965 as amended for attendance at this or any school, and that the information provided in Section II is true, complete, and correct to the best of ...

(Rev. 12/96)

# CIVIL COVER SHEET

The JS–44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

UNITED STATES OF AMERICA

## DEFENDANTS

LESLIE JONES

**CIV-MORENO**

MAGISTRATE JUDGE
SUB-BROWARD

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT Broward
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED.

Broward  00 CV-06122 FAM/dube

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
THOMAS E SCOTT
99 N.E. 4th Street suite 300
Miami, FL 33132-2111 (305)961-9311

ATTORNEYS (IF KNOWN)

**(d)** CIRCLE COUNTY WHERE ACTION AROSE: DADE, MONROE, **BROWARD**, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury – Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury – Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **A PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☒ 152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **A LABOR** | **B SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 720 Labor/Mgmt Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS – Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| | | ☐ 555 Prison Condition | | | A OR B |

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

RECOVERY OF FUNDS EXPENDED BY THE PLAINTIFF AS GUARNATOR OF A DEFAULTED FEDERAL STUDENT LOAN 34 CFR 682.100 (4) (d)

LENGTH OF TRIAL via __ days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23

DEMAND $3,150.41
plus interest and costs

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☒ NO

## VIII. RELATED CASE(S) (See instructions)
IF ANY

JUDGE _____  DOCKET NUMBER _____

DATE 1/26/00

SIGNATURE OF ATTORNEY OF RECORD
Mary F. Dooley

FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG JUDGE _____