

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
DIVISION

CASE NO:

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

**LESLIE JONES**,

    Defendant,
_____/



### NOTICE OF SUBMISSION OF PROPOSED CONSENT JUDGMENT

Plaintiff, the United States of America, by and through THOMAS E. SCOTT, United States Attorney for the Southern district of Florida, Mary F. Dooley, Assistant U.S. Attorney hereby notifies this Court and defendant Leslie Jones that it has submitted a Proposed Consent Judgment to the Court for entry.

A copy of the proposed consent judgment is attached hereto.

    Respectfully submitted,

    THOMAS E. SCOTT
    UNITED STATES ATTORNEY

BY: _____
    MARY F. DOOLEY
    ASSISTANT U.S. ATTORNEY
    Bar No. A5500282
    99 N.E. 4TH STREET, Suite 300
    Miami, FL 33132
    Tel No. (305) 961-9311
    Fax No. (305) 530-7195

DATED 1/26/00

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this __26__ day of **January, 2000** :

**Leslie Jones
4411 NW 34th St
Lauderdale Lakes, FL 33319**

_____
Mary F. Dooley
Assistant U.S. Attorney