**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
DIVISION

FILED by SC D.C.
JAN 27 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

Civil Action No.:

UNITED STATES OF AMERICA,

    Plaintiff

vs.

LESLIE JONES

    Defendant.
_____/

061

CIV-MORENO

FINAL JUDGMENT BY CONSENT

MAGISTRATE JUDGE DUBÉ

Plaintiff, the United States of America, having filed its Complaint herein, and the defendant, having consented to the making and entry of this Final Judgment without trial, hereby agree as follows:

1. This Court has jurisdiction over the subject matter of this litigation and over all parties thereto. The Complaint herein states a claim upon which relief can be granted.

2. The defendant hereby acknowledges and accepts service of the complaint filed herein.

3. The defendant hereby agrees to the entry of a consent judgment in the sum of $3,150.41 (principal of $2625.00, administrative cost of $.00 and interest in the amount of $525.41 through **January 5, 2000** plus interest at 8.00% percent per annum from **January 5, 2000**, through the date of judgment and interest at the legal rate thereafter until paid in full.

4. This judgment shall be recorded among the records of the Circuit Court in the County of residence of the defendant, and all other jurisdictions where it is determined by the plaintiff that the defendant owns real or personal property.

Rec'd in MIA Dkt 1-31-2000

5. The defendant shall keep the United States currently informed in writing of any material change in his or her financial situation or ability to pay, and of any change in his or her employment, place of residence or telephone number. Defendant shall provide such information to the United States Attorney, Financial Litigation Unit, 99 N.E. 4th Street, Suite 300, Miami, FL 33132.

6. The defendant shall provide the United States with current, accurate evidence of his or her assets, income and expenditures (including, but not limited to his or her Federal Income Tax returns) within fifteen (15) days of a request for such evidence by the United States Attorney.

Respectfully submitted,

Thomas E. Scott
United States Attorney

Date: 1/26/00

Mary F. Dooley
Assistant U.S. Attorney
3rd Floor
99 NE 4th Street
Miami, FL  33132-2111

Date: 1/12/00

Leslie Jones
4411 NW 34th St
Lauderdale Lakes, FL 33319
Defendant Phone: (954) 730-7277

APPROVED THIS 26 DAY OF January, 20 00

United States District Judge