UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case  No.:00-6122-CIV-MORENO

UNITED STATES OF AMERICA,

                    Plaintiff,

v.

LESLIE JONES

                    Defendant.
_____/

## SATISFACTION OF JUDGMENT

The judgment entered in favor of the United States of America, in the above-entitled case

having been paid, the Clerk of the United States District Court for the Southern District of Florida

is authorized and empowered to satisfy and cancel said judgment of record. .  Said judgment was

duly recorded on February 10. 2000, in the Public Records of Miami Dade County, Florida in

Official Records Book 18979  page 2447.


Dated:  April 2, 2008_____              Respectfully submitted,
        Miami, Florida

                                            R. ALEXANDER ACOSTA
                                            UNITED STATES ATTORNEY

                    By:        _ s/Aloyma M. Sanchez_____
                               Aloyma M. Sanchez(0717509)
                               Assistant United States Attorney
                               aloyma.sanchez@usdoj.gov
                               99 N.E. 4th Street, Suite 300
                               Miami, FL 33132
                               Tel No.(305) 961-9352
                               Fax No.(305) 530-7195
                               Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on  April 2, 2008 , I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served by U.S. mail this  2nd  day of  April, 2008  upon party of record who is not  authorized to receive electronically Notices of Electronic Filing as indicated on the attached service list:

 

                    s/Aloyma M. Sanchez

                    Aloyma M. Sanchez

                    Assistant United States Attorney

<u>United States of America v.  Leslie Jones</u>
Case No.: :00-6122-CIV-MORENO

<u>SERVICE LIST</u>

Leslie Jones
6614 SW 19th St
Hollywood, FL 33023
***Served by U.S. Mail***

Aloyma M. Sanchez
Assistant United States Attorney
Fla. Bar No. (0717509)
Email: aloyma.sanchez@usdoj.gov
Federal Justice Building
99 N.E. 4th Street, Suite 300/Civil Division
Miami, Florida   33132
Tel: (305) 961-9204
Fax: (305) 530-7139
Counsel for Plaintiff